THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION<br><br>This document relates to the action(s) listed below:<br><br>*David Emery*<br>vs.<br>*Bayer Corp., et al.,* | MDL DOCKET # 1407<br><br>MDL #2:02-CV-1757-BJR<br><br>[PROPOSED] **ORDER GRANTING WYETH'S MOTION FOR SUMMARY JUDGMENT ON THE GROUNDS THAT PLAINTIFF DID NOT INGEST A WYETH PPA-CONTAINING PRODUCT WITHIN THE SEVENTY-TWO (72) HOURS OF HIS STROKE AS REQUIRED BY THIS COURT'S JUNE 18, 2003 DAUBERT ORDER** |
|---|---|

### ORDER

Considering Wyeth's Motion for Summary Judgment on the grounds that the evidence in this case demonstrates that plaintiff did not ingest a PPA-containing product manufactured by Wyeth within the seventy-two (72) hours prior to his stroke as required by this Court's June 18, 2003 Daubert Order;

**IT IS HEREBY ORDERED** that plaintiff David Emery's claims against Wyeth are dismissed, with prejudice, at plaintiff's cost.

Seattle, Washington this  17th  day of August , 2005.

_____
JUDGE BARBARA J. ROTHSTEIN

ORDER OF DISMISSAL WITH PREJUDICE - 1
CASE NO.: 2:02-CV-1757-BJR